1062

No. ˜01–6965. Walwyn v. United States. C. A. 11th Cir. Certiorari denied.

No. 01–6972. Rodriguez-Martinez v. United States; and Rosales-Gonzalez v. United States. C. A. 5th Cir. Certiorari denied. Reported below: 268 F. 3d 1063 (first judgment); 273 F. 3d 392 (second judgment).

No. 01–6973. McLaughlin v. United States. Ct. App. D. C. Certiorari denied.

No. 01–6993. Clayton v. United States. C. A. 3d Cir. Certiorari denied.

No. 01–7000. Evans v. United States. C. A. 5th Cir. Certiorari denied.

No. 01–7004. Lawracy v. United States. C. A. 11th Cir. Certiorari denied.

No. 01–7005. Williams v. United States. C. A. 4th Cir. Certiorari denied.

No. 01–7006. Trotter v. United States. C. A. 11th Cir. Certiorari denied.

No. 01–7012. Castellanos v. United States. C. A. 11th Cir. Certiorari denied.

No. 01–7013. Soo Young Bae v. United States. C. A. D. C. Cir. Certiorari denied.

No. 01–7020. Steffen v. United States. C. A. 9th Cir. Certiorari denied.

No. 01–7021. Rivera-Alonzo v. United States. C. A. 9th Cir. Certiorari denied.

No. 01–7022. Luna v. United States. C. A. 5th Cir. Certiorari denied.

No. 01–7024. Justice v. United States. C. A. 6th Cir. Certiorari denied.